**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

David Bourke
                      Plaintiff,

v.                                              Case No.: 1:08−cv−07200
                                                  Honorable James B. Zagel

County of DuPage, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2014:

      MINUTE entry before the Honorable James B. Zagel:By Agreement Status hearing set for 9/4/2014 is stricken and reset for 10/23/2014 at 9:15 a.m. Mailed notice(nf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.