IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David Bourke | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | No. 08-cv-7200 |
| *-vs-* | ) | |
| | ) | *(Judge Zagel)* |
| County of DuPage, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

**STIPULATION OF DISMISSAL**

IT IS STIPULATED that this action may be dismissed with prejudice
and without costs.


/s/  Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC 830399
200 S Michigan Ave, Ste 201
Chicago, Illinois 60604
(312) 427-3200
*attorney for plaintiff*

Lisa Ann Smith (with consent)
Lisa Ann Smith, ASA
DuPage County
State's Attorney's Office
503 N. County Farm Road
Wheaton, IL 60187
*an attorney for defendants*

Shirley R. Calloway (with consent)
Shirley R. Calloway, Ass't Att'y Gen'l
100 W Randolph St, 13th flr
Chicago, IL 60601
*an attorney for the State defendants*